IN THE UNITED STATES BANKRUPTCY COURT
FEDERAL DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
**IN THE MATTER OF**           :
                               :
                               : CHAPTER 13
**HAROLD GARCIA,**             : CASE NO: 09- 51703 (AHWS)
**HEIDI GARCIA**               :
       **DEBTORS**       :
                               :
--------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

Linda M. Tirelli, attorney for the debtor, hereby certifies and affirms to the Court as follows:

1. I am not a party for the foregoing proceeding;

2. I am not less than 18 years of age;

3. I have this day served a copy of the foregoing:

    a. Ex parte Motion to Convert Chapter 13 Case to Chapter 7 Case; and

    b. Proposed Order Re Motion to Convert Chapter 13 to Chapter 7

on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Molly T. Whiton, Ch. 13 Trustee
10 Columbus Blvd
Hartford, CT 06106


And all creditors listed on mailing matrix attached hereto.

4. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

5. Service as outlined herein was made within the United States of America.

This the 14th day of September, 2009.

_____/S/ Linda M. Tirelli_____
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli
202 Mamaroneck Ave, 3rd Floor
White Plains, NY 10601
Phone: (914)946-0860
Fax: (914)946-0870
Email: WestchesterLegal@aol.com